UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23495-CIV-ALTONAGA/Simonton

**MARCELINE AZOR**,

       Plaintiff,

vs.

**CITY OF HIALEAH**, *et al.*,

       Defendants.

_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court on Defendants, City of Hialeah, Mark Overton, Sergio Velazquez, and Carlos Hernandez's Notice of Unavailability [ECF No. 12]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a Notice of Unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Notice of Unavailability **[ECF No. 12]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record